■ The People of the State of New York, Respondent, v Darryl P., Appellant. [963 NYS2d 904]—Appeal from an adjudication of the Onondaga County Court (William D. Walsh, J.),

rendered November 2, 2009. The adjudication revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the adjudication so appealed from is unanimously affirmed.

Memorandum: Defendant was adjudicated a youthful offender based upon his plea of guilty of aggravated criminal contempt (Penal Law § 215.52) and was sentenced to five years of probation. Defendant appeals from an adjudication revoking the sentence of probation and sentencing him to an indeterminate term of 1 to 3 years of incarceration. Contrary to the People's contention, we conclude that this appeal is not moot (*cf. People v Mackey*, 79 AD3d 1680, 1681 [2010], *lv denied* 16 NY3d 860 [2011]).

Contrary to defendant's contention, County Court did not abuse its discretion in denying his request for an adjournment (*see People v Aikey*, 94 AD3d 1485, 1486 [2012], *lv denied* 19 NY3d 956 [2012]). Contrary to defendant's further contention, the determination of the court that he violated the terms of his probation is not against the weight of the evidence (*see People v Garries*, 299 AD2d 858, 858 [2002], *lv denied* 99 NY2d 558 [2002]; *see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). Present—Smith, J.P., Fahey, Peradotto, Lindley and Whalen, JJ.